MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>MYKEL J. OLSON</u>          CASE NO. <u>3:06-cr-00039-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS          </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER          </u>

UNITED STATES ATTORNEY: <u>          FRANK RUSSO          </u>

DEFENDANT'S ATTORNEY: <u>          MJ HADEN - APPOINTED          </u>

U.S.P.O.: <u>          PAULA MCCORMICK          </u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MAY 1, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:27 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant: waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.</u>

<u>X</u> Financial Affidavit filed.
  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> PLEAS: Not guilty to counts <u>1, 2, and 3 of the Indictment.</u>

<u>X</u> Defendant detained/Detention Hearing set for **May 5, 2006 at 11:00 a.m.** Order of Temporary Detention Pending Hearing **FILED**.

<u>X</u> Pretrial motions due **May 22, 2006**; Order for the Progression of a Criminal Case with Trial by Jury & Final Pretrial Date **FILED.**

<u>X</u> Counsel advised of trial date: **June 29, 2006 at 9:00 a.m.** before U.S. District Judge John W. Sedwick. Final Pretrial Conference set for **June 29, 2006 at 8:30 a.m.**

<u>X</u> OTHER: Parties to meet and confer by **May 8, 2006.** Court and counsel heard re plaintiff's oral motion for a detention hearing; **GRANTED.**

At 3:40 p.m. court adjourned.

DATE: <u>     May 1, 2006     </u>     DEPUTY CLERK'S INITIALS: <u>  ak  </u>