M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MYKEL J. OLSON,<br><br>                    Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**MOTION ON SHORTENED TIME TO<br>VACATE DETENTION HEARING** |

        Defendant, Mykel J. Olson, by and through counsel M. J. Haden, Staff

Attorney, moves this court on shortened time for an order vacating the detention hearing

scheduled for Friday, May 5, 2006, at 11:00 a.m.  At this time, Mr. Olson is still in the

process of compiling a proposal for his release.  Mr. Olson will petition the court in writing

for a bail review hearing once that proposal is complete.  In the meantime, Mr. Olson

requests that the detention hearing scheduled for May 5, 2006, be vacated.

DATED this 4th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 4, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden