UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>   Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**PROPOSED<br>ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion to vacate the detention hearing scheduled for May 5, 2006, the court GRANTS/DENIES the motion. The detention hearing in the above-styled case currently for 11:00 a.m. on May 5, 2006, is hereby vacated.

DATED May _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge