Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>                Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

Kevin F. McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Mykel J. Olson*, Case No. 3:06-cr-0039-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED this 4th day of May 2006.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                FOR THE DISTRICT OF ALASKA

                s/Kevin F. McCoy
                Assistant Federal Defender
                601 West Fifth Avenue, Suite 800
                Anchorage, AK  99501
                Ph:  (907) 646-3400
                Fax:  (907) 646-3480
                kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on May 4, 2006,
a copy of the **Notice of Termination
of Service** was served electronically on:

David A. Nesbett, Esq.
Assistant U.S. Attorney

M. J. Haden
Staff Attorney

<u>s/Kevin F. McCoy</u>