UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>                Defendant. | Case No. 3:06-cr-00039-JWS-JDR<br><br>**ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to vacate the detention hearing scheduled for May 5, 2006, the court GRANTS the motion. The detention hearing in the above-styled case currently for 11:00 a.m. on May 5, 2006, is hereby vacated.

DATED this 4th day of May, 2006, at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                         JOHN D. ROBERTS
                                         United States Magistrate Judge