M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

　　　　Mykel J. Olson asks this court on shortened time for an order setting this matter on for a bail review hearing at a date and time convenient for the court and for the parties.  Undersigned counsel is unavailable on Thursday, May 11, 2006, as she is scheduled to be in Fairbanks, Alaska.  Further, Mr. Olson requests that the hearing be set in the morning or early afternoon as one of his proposed third parties works 4:00 p.m. to midnight.

　　　　Mr. Olson proposes that he be released under the following conditions:

•　　　Twenty-four hour third party custodian;

•　　　Reside with his aunt and uncle, Alfred and Cynthia Kaloke. at 7825 Chaimi Loop, Anchorage, Alaska;

- Subject to a curfew of 7 p.m. to 7 a.m.;

- Electronic monitoring during curfew hours;

- No contact with Susie Rudolph;

- U/As as directed by probation;

- Weekly check-in with probation officer;

- Not depart the Greater Anchorage Area;

- Not possess weapons;

- Subject to search at the request of any law enforcement/probation officer;

- Unsecured bond in the amount of $25,000.

DATED this 8th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden