M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　　Defendant, Mykel J. Olson, by and through counsel M. J. Haden, Staff Attorney, notifies this court of Mr. Olson's intent to change his plea in the above-styled case.  At the current time, the parties are in the process of completing a written plea agreement.  The parties expect to have the agreement completed by June 26, 2006.  Mr. Olson currently is scheduled for trial on Thursday, June 29, 2006.

　　　　　Mr. Olson requests that the court vacate his current trial date and schedule a change of plea at a time convenient to the court and counsel.  Undersigned counsel is starting a trial in Fairbanks in the case of United States v. Cleveland Adams, 04:06-cr-0009-JKS on Monday, June 26, 2006.  Counsel expects that the trial will last approximately

five days. Thus, Mr. Olson requests that the court schedule a change of plea hearing after July 4, 2006.

    DATED this 22nd day of June, 2006.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ M. J. Haden
        Staff Attorney
        Georgia Bar No. 316531
        601 West Fifth Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mj_haden@fd.org

<u>Certification</u>:

I certify that on June 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden