# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    MYKEL J. OLSEN

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:06-cr-00039-JWS

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Based on the defendant's notice of intent to change plea at docket 7, the June 29, 2006, Final Pre-trial Conference and Trial by Jury are hereby VACATED, and this matter is set for Proposed Change of Plea proceeding at 10:30 AM on Wednesday, July 5, 2006.

DATE:  June 26, 2006                    ENTERED AT JUDGE'S DIRECTION
                                            INITIALS:  prr
                                            Deputy Clerk

[FORMS*IA*]