M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>            Defendant. | Case No. 3:06-cr-0039-JWS<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

    Defendant, Mykel J. Olson, by and through counsel M. J. Haden, Staff Attorney, hereby submits the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Thursday, September 14, 2006.  Mr. Olson will be requesting the following disposition:

- 24 months incarceration;

- 3 years of supervised release, with the special condition of mental health counseling and substance abuse counseling;

- $200 special assessment.

Mr. Olson agrees with the Presentence Report writer's assessment that he does not have the ability to pay a fine. There is no restitution owed.

I.   Procedural History

Mr. Olson is charged with being a prohibited person, as the result of a sustaining domestic violence misdemeanor assault conviction and being under a domestic violence restraining order, in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(8) and (9). He has entered a guilty plea to both counts and does not contest the forfeiture of the firearm. There were no pretrial motions filed in this case. The parties have a written plea agreement in which the parties have agreed that a guideline sentence is an appropriate disposition.[1] There is one unresolved objection to the PSR regarding the 2 level enhancement under U.S.S.G. § 2K2.1(b)(4) for the firearm being stolen.

II.   Two Level Enhancement under U.S.S.G. § 2K2.1(b) Should Not Apply

The facts concerning the firearm possessed by Mr. Olson are not typical of those in which this enhancement would apply. The firearm at issue belonged to Mr. Olson's father. It was kept in an unlocked closet in family home. At the time of the offense conduct Mr. Olson was living in the family home and had unlimited access to the area where the gun was stored. Although Mr. Olson did not have his father's permission to remove the fire arm and did so without his knowledge, Mr. Olson did not intend to permanently deprive his father of the use and benefit of the weapon. In fact, following the offense conduct in this case, Mr. Olson returned the firearm to the family home.

---

[1] The estimated guideline calculation contained in the plea agreement overstates Mr. Olson's criminal history score. Mr. Olson agrees with the Presentence Report writer that the correct calculation is Criminal History Category III.

Mr. Olson's sister, April Olson, and his step-mother, Cynthia Olson, are prepared to testify to this fact.  See Attachments A and B, Affidavits of April Olson and Cynthia Olson. Furthermore, upon Mr. Olson's arrest, the firearm was turned over to the Anchorage Police Department for safekeeping while the events were being investigated.

Mr. Olson submits that because he did not possess the necessary mens rea to steal the weapon, the two level enhancement should not apply.  One of the dangers of possessing a stolen firearm is that a stolen weapon cannot easily be traced back to a particular owner and therefore frequently becomes impossible for law enforcement to seize or test.  The purpose of the enhancement is punish defendants who obtain weapons in felonious ways by either purchasing stolen weapons on the black market or by acts of robbery or burglary.  That is not the case here.  The enhancement should not apply. Without the two level enhancement, Mr. Olson's advisory guideline range would be 24 to 30 months.

III.    Mr. Olson Should Receive a Sentence at the Low End of the Guideline Range

Mr. Olson is a 24 year old father of two.  His childhood was chaotic.  His parents divorced when he was only seven years of age.  He was raised primarily by his father as his mother suffered from alcoholism.  His father, functioning as a single parent, tried to run a strict household, but raising two young children alone was difficult. Mr. Olson's older sister was eventually placed in Covenant House because she presented uncontrollable behavior issues.  Mr. Olson also left the family home at a young age going to live with his sister during his junior year of high school.

Although his childhood years were rough, Mr. Olson has maintained significant ties with both his parents and extended family.  Upon his release from

3

incarceration, his family will be there to offer him support and guidance. At the current time, Mr. Olson's father has custody of Mr. Olson's two children. Mr. Olson plans to assume his responsibilities as a father once he is returned to his family.

Mr. Olson's criminal history consists of four misdemeanors. He has no felony convictions and has spent a very minimal amount of time incarcerated. The amount of time he faces in this case will be significantly longer than his prior sentences. Three of his misdemeanor convictions involve the on going turbulent relationship with the mother of his children, S.R. As the PSR documents, both Mr. Olson and S.R. have substance abuse and anger management issues. At the time of his arrest in this case in April of 2006,[2] Mr. Olson was attempting to address these issues. He was enrolled in a domestic violence prevention program, submitting to urinalysis, and participating in parenting classes. While on supervision, through the United States Probation Office, Mr. Olson will have the resources available to him to continue counseling.

Mr. Olson respectfully requests that after taking all of factors above into consideration, the court impose a sentence of 24 months.

///
///
///
///

---

[2] The offense conduct in this case occurred in August 2005. Mr. Olson initially surrendered himself to the Anchorage Police Department the day following the incident. He spent 66 days in state custody before the charges were eventually dismissed. Federal charges were not filed until April 2006.

DATED this 7th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

and a copy was hand delivered to:

United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99523

/s/ M. J. Haden