M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>              Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**AFFIDAVIT OF APRIL OLSON** |

STATE OF ALASKA      )
                                 ) ss.
THIRD JUDICIAL DISTRICT  )

       April Olson, being first duly sworn upon oath, deposes and states:

       1.     My name is April Olson. I am over the age of 21 and am competent in all respects to give this affidavit.

       2.     I am Mykel Olson's sister.  I live at 5121 Hatcher Circle, Apartment A, Anchorage, Alaska.  In August of 2006, I lived on Donner Circle.  During that time my brother Mykel was living with our father on Muldoon Road.

3. On August 15, 2005, my brother Mykel confessed to me that he had been involved in a shooting the night before. He told me that the shooting involved a gun belonging to our father. He confessed that he had taken the gun from our father's closet while our father was out of town. He told me that after the shooting he had returned home and put the gun back where he had found it.

4. When Mykel decided to turn himself in to the police, I went to my father's house and retrieved the firearm. I took the gun to my house and then went to talk to my step-mother, Cynthia Olson, where she was house sitting at a residence on Zurich Street.

5. After Mykel turned himself in to the police, Cynthia and I talked about what to do with the gun. I told her that I had taken it from my father's house and brought it to my residence. We decided that we should turn the gun over to the police. She followed me to my house, where I gave her the firearm.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
April Olson

SUBSCRIBED AND SWORN to before me this 5th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 6/26/2008

2