M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>MYKEL J. OLSON,<br><br>          Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**AFFIDAVIT OF CYNTHIA OLSON** |

STATE OF ALASKA         )
                         ) ss.
THIRD JUDICIAL DISTRICT   )

Cynthia Olson, being first duly sworn upon oath, deposes and states:

1.      My name is Cynthia Olson.  I am over the age of 21 and am competent in all respects to give this affidavit.

2.      I am Mykel Olson's step-mother.  I am married to Mykel's father, Rick Olson.  I live at 111 Muldoon Road, Apt. 8, Anchorage, Alaska.  During August 2005, Mykel was living with his father and me.

3.    On August 14, 2005, I was house sitting at a residence on Zurich Street. Mykel showed up at the house on Zurich at about 3:00 a.m. He stated that he had been drinking and asked if he could spend the night.

4.    Later that day when Mykel woke up, he appeared to be sad and troubled. He was crying. He talked on the phone with his sister for a long time. Finally, Mykel confided in me that he had been involved in a shooting. We discussed calling the police so that Mykel could turn himself in. We did notify the police. The police arrived about 5:00 p.m. and Mykel was arrested.

5.    During my discussions with Mykel, I learned that my husband's gun might have been involved. I further learned Mykel had taken the gun from our residence without my husband's knowledge and then returned the gun to our residence following the shooting incident. However, after the return of the firearm, April, Mykel's sister, had retrieved the gun from our residence and had taken it to her house on Donner Circle.

6.    After learning the location of the firearm, I retrieved it from April and turned it over to the police.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Cynthia J. Olson_
Cynthia Olson


SUBSCRIBED AND SWORN to before me this 5th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 6/26/2008