M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>                Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**NOTICE OF WITNESS TESTIMONY AT SENTENCING HEARING** |

Defendant, Mykel J. Olson, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court pursuant to D. Ak. L.R. 32.1(f) of his intent to call his step-mother, Cynthia Olson, and his sister, April Olson, at this sentencing hearing scheduled for Thursday, September 14, 2006.  Cynthia and April Olson are prepared to offer testimony concerning the return of the firearm in this case to the family residence as outlined in the affidavits attached to Mr. Olson's sentencing memorandum.  Mr. Olson anticipates that each witness will take approximately 10 minutes.

DATED this 7th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden