M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MYKEL J. OLSON,<br><br>        Defendant. | Case No. 3:06-cr-0039-JWS<br><br>**NOTICE OF FILING LETTER** |

      Defendant, Mykel J. Olson, by and through counsel M. J. Haden, Staff Attorney, hereby files for the court's consideration a letter to the court from Mr. Olson.

      DATED this 13th day of September, 2006.

      Respectfully submitted,

      FEDERAL PUBLIC DEFENDER
      FOR THE DISTRICT OF ALASKA

      /s/ M. J. Haden
      Staff Attorney
      Georgia Bar No. 316531
      601 West Fifth Avenue, Suite 800
      Anchorage, AK  99501
      Ph:  (907) 646-3400
      Fax:  (907) 646-3480
      mj_haden@fd.org

Certification:

I certify that on September 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden