I first would like to apologize to the court,my family,and to thoughs I have hurt with my selfish and childish behavior.I am deeply sorry for what I have done.I have learned from this life changing mistake.I am willing to change for the better of myself as well as  for my 2 children.

From this life lerning mistake,I have relized as well as lerarnd the diffrents between acting like a child and acting like a man.I also have relized it didn't just hurt me,it hurt my family as well as the most important people in my life my 2 children.

With in the last $4\frac{1}{2}$ months that I have been incarcerated,I have been furthering my education in hopes of bettering my job opertunitys that may become a life time cerrer as well as setting goals for myself and well as for my 2children.I also lerned more about my innerself as well as my spirituality belefes as well.

 I want to mention my family and my 2 children.I have 2 children in my life.7 months ago I turned a big corner in my life for them as well as for myself,I was partisapating in parenting classes 2x a week as well as taking urinalysis tests 3x (UAs) for the office of children services (OCS),to gain the custody of my to children bake.My family was proud of the big turn I have made and partisipating in my childrens life,as well as the positive inseration and advice that they gave me for steping up to my responsibiltys.

When I am released from incarceration,I have made plans and goals to finish my treatment programs that I have started befor my incarceration.Whitch will help me stay drug free as well as become a better member of society,as well as take care of my responsibility of myself,my children and the dedts that I owe as well.

I would like to request for the minimum sentance and to consider it by your owen judgment.I would like to thank you your honor,the court and my councel as well.TANKS AND HAVE A GRAET DAY as well as your time.