```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   __MYKEL J. OLSON__   CASE NO. __3:06-CR-00039-JWS__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON/SUZANNETTE DAVID

UNITED STATES' ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:        MJ HADEN

U.S.P.O.:                    TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _30 months on Counts 1 and 2, to be served concurrent to each other. This term consists of 30 months on Count 1 and 30 months on Count 2._

_X_ Defendant placed on supervised release for a period of _3_ years; this term consists of three years on Count 1 and one year on Count 2. Counts 1 and 2 to be served concurrent to each other years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_200.00_, due _immediately_.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: _Court and counsel heard re objections to the presentence report; court directed the probation officer to remove paragraph 34 from the presentence report. Court and counsel heard re plea agreement and sentencing recommendations. Court advised defendant on appeal rights. Payment coupon given to defendant._

At 8:50 a.m. court adjourned.

DATE:   September 14, 2006      DEPUTY CLERK'S INITIALS: ce/sd