NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>SUE OPHELIA CHAPMAN,  )<br>  )<br>          Defendant.  )<br>_____ ) | No. 4:06-cr-00039-RRB<br><br>**SUBSTITUTION OF COUNSEL** |

COMES NOW the United States Attorney's Office, by and through

Shawn C. Fuller, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

Bryan Schroder
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Shawn C. Fuller now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED on this 26th day of November, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007
a copy of the foregoing Substitution of Counsel
was served electronically on:
M.J. Haden

s/ Bryan Schroder